# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2062
Lower Tribunal No. 2023-MM-001194

_____

TERESA SHEMEASE GUNSBY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Hendry County.
Darrell R. Hill, Judge.

August 15, 2025

PER CURIAM.

Teresa Gunsby appeals her conviction for Misuse of 911, arguing that her motion for judgment of acquittal should have been granted. Upon de novo review, *see Dubois v. State*, 363 So. 3d 246, 247 (Fla. 6th DCA 2023) (citing *Delgado v. State*, 71 So. 3d 54, 65 (Fla. 2011)), we affirm. The trial court properly denied the motion for judgment of acquittal where there was sufficient evidence from which the jury could find beyond a reasonable doubt that Gunsby called 911 for a purpose other than obtaining public safety assistance. *See* § 365.172(14), Fla. Stat. (2023) ("911, E911, and NG911 service must be used solely for emergency

communications by the public. . . . [A]ny person who knowingly uses or attempts to use such service for a purpose other than obtaining public safety assistance . . . commits a misdemeanor of the first degree . . . .").

AFFIRMED.

NARDELLA, WOZNIAK and WHITE, JJ., concur.


Blair Allen, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Angela H. Fernandez, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED